FILED
JUL 28 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| In Re:<br><br>Shawn Deitz,<br><br>　　　Debtor.<br>_____<br>Wayne and Patricia Ford,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Shawn Deitz,<br><br>　　　Defendant.<br>_____ | Case No. 08-13589-B-7<br><br>Adv. No. 08-01217-B<br><br>TRIAL DATE:<br>APRIL 4,5,& 11 2011<br><br>DEPT.: "F", CT. RM. 13<br>JUDGE: RICHARD T. FORD |

### JUDGMENT

Based upon the Court's Findings of Fact and Conclusions of Law set forth separately, judgment is hereby entered in favor of Wayne and Patricia Ford and against Shawn Deitz as follows:

| | | |
|---|---|---:|
| 1. | For Costs of Repair and Completion: | $238,500.00 |
| 2. | For Mechanic Lien Issues: | 16,587.39 |
| 3. | For Mechanic Lien Attorney Fees: | 5,670.00 |
| 4. | For Return of Profit: | 50,105.00 |
| 5. | For Insurance, Property Taxes and House Payments: | 19,313.25 |

| | | |
|---|---|---|
| 6. | For Attorney Fees, Costs, Experts | <u>55,917.12</u> |
| | Total Damages | $386,092.76 |

Further, it is ORDERED that said judgment is nondischargeable pursuant to 11 U.S.C. §§523(a)(2)(A), (4), and (6).

Dated: July 28, 2011

Richard T. Ford, United States Bankruptcy Judge